THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNITED STATES OF AMERICA, *et al.*
*ex rel.* DR. PAUL BELLMAN,                                    16 Civ. 6228 (PAE)

                            Plaintiffs,


              v.


GILEAD SCIENCES, INC.,

                            Defendant.
------------------------------------------------------------
UNITED STATES OF AMERICA,

                     Plaintiff-Intervenor,


              v.


GILEAD SCIENCES, INC.,

                            Defendant.
------------------------------------------------------------

## ORDER

WHEREAS, by notice dated April 25, 2025 and pursuant to the False Claims Act, 31

U.S.C. §§ 3730(b)(2) and (4), the United States of America intervened in the above-captioned

*qui tam* action with respect to federal False Claims Act claims asserted against defendant Gilead

Sciences Inc.

IT IS HEREBY ORDERED that:

1.     The seal shall be lifted as to this Order and any matter occurring in this action on

or subsequent to the date of this Order.

2.     All documents submitted in this action before the date of this Order shall remain

under seal and shall not be made public, except to the extent the seal was partially lifted pursuant

to the Court's prior Order dated September 16, 2024, and except as provided for in Paragraphs 3 and 4 below.

       3.      The seal shall be lifted as to the Government's Notice of Election to Intervene; the United States' Complaint-In-Intervention; and the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendant Gilead Sciences, Inc., and Relator.

       4.      Relator's original complaint, First Amended Complaint, and Second Amended Complaint shall remain under seal. Relator shall redact the names of non-party physicians from these complaints and file the redacted versions on ECF promptly after the docket is unsealed.

Dated: New York, New York
       April 28 , 2025

                                   SO ORDERED:

                                   *Paul A. Engelmayer*

                                   HONORABLE PAUL A. ENGELMAYER
                                   UNITED STATES DISTRICT JUDGE