UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA, *et al. ex rel.*
DR. PAUL BELLMAN,

                                    Plaintiffs,

            -v-

GILEAD SCIENCES, INC,

                                    Defendant.

---

UNITED STATES OF AMERICA,

                                    Plaintiff-Intervenor,

            -v-

GILEAD SCIENCES, INC,

                                    Defendant.

---

16 Civ. 6228 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 23, 2025, relator Dr. Paul Bellman filed a motion to file redacted exhibits in

support of an anticipated motion to recover attorneys' fees. *See* Dkts. 44–45. To the extent the

motion to file redacted exhibits is opposed, the Court hereby orders that any opposition be filed

to ECF no later than July 28, 2025. No reply is invited.

SO ORDERED.

*Paul A. Engelmay*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 23, 2025
       New York, New York