UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA, the States of
CALIFORNIA, COLORADO, CONNECTICUT,
DELAWARE, FLORIDA, GEORGIA, HAWAII,
ILLINOIS, INDIANA, IOWA, LOUISIANA,
MARYLAND, MASSACHUSETTS, MICHIGAN,
MINNESOTA, MONTANA, NEVADA, NEW JERSEY,
NEW MEXICO, NEW YORK, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS,
VERMONT, VIRGINIA, and WASHINGTON; the
Territories of PUERTO RICO and the UNITED STATES
VIRGIN ISLANDS; the DISTRICT OF COLUMBIA, and
the CITY OF NEW YORK; *ex rel.* DR. PAUL BELLMAN,

                    Plaintiffs,

          v.

GILEAD SCIENCES, INC.,

                    Defendant.

16 Civ. 6228 (PAE)

---

**NOTICE OF DISMISSAL OF PLAINTIFF STATES' CLAIMS**

The States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois,

Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New

Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Vermont,

Virginia, Washington, the District of Columbia, and the territories of Puerto Rico and the United States

Virgin Islands (collectively, the "Plaintiff States") and Relator Paul Bellman, M.D. ("Relator") file this

notice of dismissal as to their claims in this case against Defendant Gilead Sciences, Inc. ("Gilead") in

accordance with the terms set forth below.

1.      Effective August 22, 2025, the Plaintiff States entered into civil settlement agreements

with Gilead ("Settlement Agreement"), which resolve certain claims and causes of action in Relator's

qui tam Complaint.

2.      Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff States and Relator

hereby notice the dismissal of their claims in this case against Gilead.

a.  As to the Plaintiff States and the Relator's claims in this case against Gilead for the Covered Conduct, as that term is defined in the Settlement Agreement, the dismissal shall be with prejudice.

b.  As to all claims against Gilead in this case, other than the Covered Conduct, the dismissal shall be without prejudice as to the Plaintiff States and with prejudice as to the Relator.

3.  A notice of dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate because Gilead has not served an answer or a motion for summary judgment in this case.

Dated:  New York, New York
        February 26, 2026

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York

By:  _____
     Jill D. Brenner
     Special Assistant Attorney General
     Medicaid Fraud Control Unit
     28 Liberty Street, 13th Floor
     New York, New York 10005
     Telephone:  (212) 417-5377
     Email:  jill.brenner@ag.ny.gov

*Attorney for the Plaintiff States*

WILLENS & SCARVALONE LLP

By:  _____
     Jonathan A. Willens
     165 Broadway, Suite 2335
     New York, New York 10006
     Telephone: (646) 200-6333
     Email: jawillens@willensscarvalone.com

*Attorney for Relator Dr. Paul Bellman*

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 27, 2026
New York, New York